UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GRAVIETT,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

/

Case No. 1:25-cv-01052-PJG

Honorable Phillip J. Green

**JUDGMENT**

In accordance with the court's written opinion entered on this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

Date: August 13, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge